## E. R. WALKER v. BARRY G. ANDERSON.

The act of 14th February, 1860, "to prevent judgments from becoming dormant, and to create and preserve judgment liens," was repealed by the act of the 19th November, 1866. (Paschal's Dig., 2d ed., Arts. 3962, 3965; 20 Sess. Acts, 118.)

Since the repeal of the act authorizing land to be sold under junior judgments, so as to destroy the lien of senior judgments, leaving the plaintiff in execution to contest for the money, the junior judgment is entitled to the proceeds of the sale; but the lien of the first judgment remains unaffected by the sale. (Paschal's Dig., 2d ed., Art. 3964.)

APPEAL from Gonzales. The case was tried before Hon. WESLEY OGDEN, one of the district judges.

The judgment in favor of Mitchell v. Bass was rendered 25th October, 1866; *alias* execution issued 21st of May, 1868; the original execution had been levied upon eleven hundred and seven acres of land 5th March, 1868; land sold for $51. The judgments of Jones were obtained 13th April, 1866; but they were levied upon other lands, and not upon the eleven hundred and seven acres. The motion against the sheriff raised the question, whether the senior judgment, which had not been levied, or the junior execution, on which the money was made, was entitled to the money.

The court decided in favor of the senior judgment: the judgments of Jones had the older record, as required by the act of 14th February, 1860. (Paschal's Dig., Art. 3962.)

*Finlay & Stewart,* for appellants.—I. The act of 14th

February, 1860, (Paschal's Digest, p. 671,) authorizes such a motion; and under that act the proceeds of the sale made under an execution on a junior judgment could have been ordered to be paid over to the senior judgment creditor.

But that act is not in force, and was not in force at the date of the issuance of the executions, having been repealed by the act of 19th November, 1866. (Acts last Sess. Leg., p. 118.)

No brief for the appellee has been furnished to the *Reporter*.

CALDWELL, J.—Appellee filed a motion in the district court to compel the sheriff, who is the appellant in this court, to pay over on a senior judgment the money collected by virtue of an execution issued on a junior judgment.

The act of the 14th February, 1860, which authorized this motion, was repealed by an act approved 9th November, 1866. It follows that the first execution coming to the hand of the sheriff shall be levied, and the money arising upon a sale under said levy shall go to the discharge of such execution. This is the rightful reward of diligence. A prior judgment creditor could still subject the land to the satisfaction of his judgment if the lien had not been lost. Judgment reversed, and

MOTION DISMISSED.